# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

YAROSLAV VASINSKYI
a/k/a Profcomserv, Rabotnik, Rabotnik_New, Yarik45, Yaroslav2468, Affiliate 22

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:21-CR-366-S (01)

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   YAROSLAV VASINSKYI

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Fraud and Related Activity in Connection with Computers; Intentional Damage to a Protected Computer; Conspiracy to Commit Money Laundering

in violation of Title   18   United States Code, Section(s)

371 (18 U.S.C. §§ 1030(a)(5)(A) and 1030(a)(7)(C)); 1030(a)(5)(A), 1030(c)(4)(B), and 2; 1956(h), 1956(a)(2)(B)(i), and 1957

| | | |
|---|---|---|
| Karen Mitchell, U.S. District Court Clerk | _Karen Mitchell_ (signature) | [Seal of U.S. District Court, Northern District of Texas] |
| Name and Title of Issuing Officer | Signature of Issuing Officer | |
| U.S. Magistrate Judge Hal R. Ray, Jr | 8/11/2021 | Dallas, TX |
| Judge | Date | Location |

s/A. Lowe
(By) Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |