IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Yaroslav Vasinskyi (01)<br>  a/k/a Profcomserv<br>  a/k/a Rabotnik<br>  a/k/a Rabotnik_New<br>  a/k/a Yarik45<br>  a/k/a Yaroslav2468<br>  a/k/a Affiliate 22 | NO.  3:21-CR-366-S |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America ("the government"), by and through the undersigned Assistant United States Attorney, respectfully moves for an Order unsealing the Indictment and Arrest Warrant in the above-captioned criminal case.

As detailed in the Indictment, the defendant has been indicted for his involvement in the Sodinokibi/REvil ransomware scheme.[1] The investigation has revealed that the defendant was a Sodinokibi/REvil actor who conducted approximately 2,500 Sodinokibi/REvil ransomware attacks where the ransom demanded was approximately $767 million, and the ransom paid was approximately $2.3 million.  The attacks

---

1   Since in or about April 2019, Sodinokibi/REvil ransomware actors have conducted ransomware attacks across the United States, and elsewhere resulting in the receipt of over $200 million dollars in ransom payments from thousands of victims.   Victims can include individual victim entities, businesses, etc., and can also include computer/bots.   At least approximately 175,000 computers worldwide were attacked.

committed by the defendant were against private businesses and entities in the United States.

On or about October 8, 2021, the defendant was arrested pursuant to the Arrest Warrant issued in this case when trying to enter Poland from Ukraine. The government is in the process of seeking the defendant's extradition from Poland.

In light of the aforementioned, it is no longer necessary for this case to be treated as Highly Sensitive Documents, pursuant to Miscellaneous Order 61-1.

Therefore, the government asks that the Court enter an Order unsealing the Indictment and Arrest in this criminal case.

Dated this 5th day of November 2021.

        Respectfully submitted,

        CHAD E. MEACHAM
        Acting United States Attorney

        TIFFANY H. EGGERS
        Assistant United States Attorney
        Florida Bar No. 0193968
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-.659-8600
        Facsimile: 214-659-8805
        Email: Tiffany.Eggers@usdoj.gov