FILED
November 5, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § YAROSLAV VASINSKYI (01) § a/k/a Profcomserv § a/k/a Rabotnik § a/k/a Rabotnik_New § a/k/a Yarik45 § a/k/a Yaroslav2468 § a/k/a Affiliate 22 § | CRIMINAL ACTION NO. 3:21-CR-366-S |

## ORDER

Before the Court is the Government's Motion to Unseal the Indictment and Arrest Warrant in the above-captioned criminal case. The Court **GRANTS** the Government's motion.

IT IS THEREFORE ORDERED that the Indictment and Arrest Warrant for Yaroslav Vasinskyi, and this case, shall be **unsealed**, as well as this Order and the accompanying Motion.

IT IS FURTHER ORDERED that this case shall no longer be designated as Highly Sensitive Documents pursuant to Miscellaneous Order 61-1.

**SO ORDERED.**

SIGNED November 5, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE