ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-0366-S |
| Yaroslav Vasinskyi (01)<br>  a/k/a Profcomserv<br>  a/k/a Rabotnik<br>  a/k/a Rabotnik_New<br>  a/k/a Yarik45<br>  a/k/a Yaroslav2468<br>  a/k/a Affiliate 22 | |

## FIRST BILL OF PARTICULARS

The United States of America files this Bill of Particulars in the above entitled and numbered case.

- Company B, a business located in Miami, Florida, was Kaseya.

The government may file additional bills of particulars in the future about Entity A and Companies B through J, and other victims which included entities and organizations in the nonprofit, information technology, and financial services sectors.

Dated: November 8, 2021.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
Email: Tiffany.Eggers@usdoj.gov