IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

Yaroslav Vasinskyi (01)
  a/k/a Profcomserv
  a/k/a Rabotnik
  a/k/a Rabotnik_New
  a/k/a Yarik45
  a/k/a Yaroslav2468
  a/k/a Affiliate 22

NO.  3:21-CR-366-S

## MOTION FOR DETENTION AND TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant, Yaroslav Vasinskyi, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk of obstruction of justice

    _____ Felony involving a minor victim

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

 2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   _X_  Defendant's appearance as required

   \_\_\_\_\_ Safety of any other person and the community

 3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

 4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing:

   \_\_\_\_\_ At first appearance

   _X_  After continuance of _3_ days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 0193968
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Tel:  214-659-8600
Fax:  214-659-8605
Email:  Tiffany.Eggers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2022, this document was filed via the Court's CM/ECF system and that counsel of record will receive a copy of the document via electronic delivery.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney