# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

YAROSLAV VASINSKYI
a/k/a Profcomserv, Rabotnik, Rabotnik_New, Yarik45, Yaroslav2468, Affiliate 22

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:21-CR-366-S (01)

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  YAROSLAV VASINSKYI

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[■] Sealed Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Fraud and Related Activity in Connection with Computers; Intentional Damage to a Protected Computer; Conspiracy to Commit Money Laundering

in violation of Title  18

United States Code, Section(s)

371 (18 U.S.C. §§ 1030(a)(5)(A) and 1030(a)(7)(C)); 1030(a)(5)(A), 1030(c)(4)(B), and 2; 1956(h), 1956(a)(2)(B)(i), and 1957

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Hal R. Ray, Jr
Judge

8/11/2021
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Warsaw, Poland

DATE RECEIVED: 8-12-21
DATE OF ARREST: 3-3-22

NAME AND TITLE OF ARRESTING OFFICER: TFO Chris Lowe

SIGNATURE OF ARRESTING OFFICER: [signature]

FBI  1/328414