# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-00366-S |
| | § | |
| YAROSLAV VASINSKYI (01) | § | |

## SENTENCING SCHEDULING ORDER

To ensure that the Court can be fully prepared in advance of the sentencing hearing, the following dates and deadlines are set pursuant to Federal Rule of Criminal Procedure 32(b):

| **Filing** | **Deadline** |
| --- | --- |
| Initial Presentence Investigation Report ("Initial PSR") | October 27, 2022 |
| Written statement adopting or objecting to the Initial PSR | November 10, 2022 |
| Responses to objections to the Initial PSR affecting the advisory guideline range, if any | November 17, 2022 |
| Final Presentence Investigation Report and Addendum ("Final PSR and Addendum") | November 24, 2022 |
| Motions seeking departures or variances from the advisory guidelines range, if any | December 1, 2022 |
| Responses to motions seeking departures or variances, if any | December 8, 2022 |
| All other written materials | December 8, 2022 |
| Notice certifying all written materials have been filed; or motion seeking leave to file late-filed documents | December 8, 2022 |

1. Sentencing will be on **December 15, 2022**, at **1:30 p.m.**

2. The Initial PSR must be disclosed to the Court, Defendant, and counsel of record for all parties on or before **October 27, 2022**.

3. The parties must file a written statement either adopting or objecting to the Initial PSR's findings and conclusions on or before **November 10, 2022**. Any statement objecting to the

Initial PSR must specifically state each objection and identify the paragraph number and substantive portion in the Initial PSR corresponding to the objection.

4. If a party seeks to respond to any objections to the Initial PSR affecting the advisory guideline range, that party must file a **written response** on or before **November 17, 2022**.

5. If any party filed timely written objections to the Initial PSR, the Probation Office must file the Final PSR and Addendum on or before **November 24, 2022**.

6. Any motions seeking departures or variances from the advisory guidelines range must be filed on or before **December 1, 2022**. Any responses to such motions must be filed on or before **December 8, 2022**.

7. Any other written materials, such as sentencing memoranda, must be filed on or before **December 8, 2022**.

8. On or before **December 8, 2022**, each party must file either: (1) a Notice certifying that all written materials have been filed on behalf of that party; or (2) a motion seeking leave to file late-filed documents identifying with specificity what written materials remain forthcoming.

9. Unless specifically stated otherwise, any order continuing the sentencing hearing shall proportionately extend the deadlines described herein that have not yet passed.

10. In any case in which 18 U.S.C. §§ 3663-64 apply, counsel for the Government shall provide, if not already provided, within five (5) court days from the date of this Order, to the Probation Office all information necessary for the Probation Office to comply with crime-victim restitution requirements.

11. If, during the presentence report investigation, it is determined that Texas Juvenile Justice Division ("TJJD") records are needed, the Court orders the TJJD to release these records to the probation officer assigned with preparing the Initial PSR and/or the Final PSR and

Addendum, acting in the performance of the officer's official duties pursuant to Federal Rule of Criminal Procedure 32. The specific records that are to be released include documents pertaining to Defendant's social history, court-disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment-while-incarcerated records, and release dates from the TJJD.

**SO ORDERED.**

SIGNED August 23, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**