IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:21-CR-00366-S |
| YAROSLAV VASINSKYI<br> a/k/a Profcomserv<br> a/k/a Rabotnik<br> a/k/a Rabotnik_New<br> a/k/a Yarik45<br> a/k/a Yaroslav2468<br> a/k/a Affiliate 22 | |

## GOVERNMENT'S NOTICE REGARDING SENTENCING MATERIALS

At this time, the government files this notice regarding sentencing materials. Other than the government's response to the defendant's memorandum filed as Dkt. 75, which the government will file on or before January 15, 2024, pursuant to the Court's Order (Dkt. 71), all written materials pertaining to sentencing in this case have been filed.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Tiffany H. Eggers
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No.: 0193968
1100 Commerce Street - 3rd Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: Tiffany.Eggers@usdoj.gov

## **CERTIFICATE OF SERVICE**

On January 11, 2024, I electronically submitted this document to the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which will provide a copy of this document to defendant's counsel. The government will also email a copy to the United States Probation Officer assigned to the case.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney